IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GERBER PRODUCTS COMPANY                                                    PLAINTIFF

v.                                          No. 4:19-cv-33

MITCHELL WILLIAMS SELIG
GATES &. WOODYARD PLLC, *et al*                                          DEFENDANTS

## JUDGMENT

Pursuant to the order entered this date granting Defendants' motion for summary judgment, this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 31st day of August, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE